**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICHARD D. MICKMAN,         :    No. 815 MAL 2018

           Respondent       :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

           v.                     :

                              :

ELAINE MICKMAN,              :

                              :

           Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.